IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DALLAS SIMMONS,

    Petitioner,

v.                                                   Case No. 4:13cv252-MW/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DENIED**. A certificate of appealability is **DENIED**, and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

    **SO ORDERED** on April 26, 2016.

                                                       s/Mark E. Walker            
                                                       **United States District Judge**